**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MATTHEW COX,**

    **Plaintiff,**

v.                                            Case No: 8:17-cv-3108-T-35JSS

**INCARCERATED ENTERTAINMENT, LLC, WARNER BROS. PICTURES, a division of WB Studio Enterprises, Inc., EFRAIM DIVEROLI, and ROSS REBACK, as the Estate of,**

    **Defendants.**

## SHOW CAUSE ORDER

**THIS CAUSE** comes before the Court for consideration *sua sponte*. On December 27, 2017, Plaintiff filed this action against Defendants. However, upon review of the record, it does not appear that Plaintiff has served Defendants with a summons and a copy of the Complaint. There are no proofs of service in the record, and no Defendant has appeared in this action.

A district court lacks jurisdiction over a party that has not properly been served with process. See, e.g., Hemispherx Biopharma, Inc. v. Johannesburg Consol. Investments, 553 F.3d 1351, 1360 (11th Cir. 2008) ("Service of process is a jurisdictional requirement: a court lacks jurisdiction over the person of a defendant when that defendant has not been served.") (citation omitted); In re Worldwide Web Systems, Inc., 328 F.3d 1291, 1299 (11th Cir. 2003) ("Generally, where service of process is insufficient, the court has no power to render judgment and the judgment is void.").

Further, the time to serve Defendants has now long passed.  Rule 4(m) provides that

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m).  Therefore, Plaintiff's action, which was filed on December 27, 2017 and for which service has yet to be made, is well past the ninety (90) days provided for service under to Rule 4(m) and is subject to dismissal.

Accordingly, it is hereby **ORDERED** that Plaintiff is **DIRECTED** to **SHOW CAUSE within fourteen (14) days from the date of this Order** why this case should not be dismissed for failure to properly serve Defendants.  **Failure to respond within the fourteen (14) days permitted by this Order will result in dismissal of Plaintiff's action without further notice from this Court.**

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of April, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party