UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MATTHEW COX,**

    Plaintiff,

v.                             Case No: 8:17-cv-3108-T-35JSS

**INCARCERATED ENTERTAINMENT, LLC, WARNER BROS. PICTURES,** a division of WB Studio Enterprises, Inc., **EFRAIM DIVEROLI,** and **ROSS REBACK,** as the Estate of,

    Defendants.

___

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This CAUSE comes before the Court *sua sponte*. On April 18, 2018, this Court directed Plaintiff to show cause why this case should not be dismissed for failure to properly serve Defendants. (Dkt. 7)  Plaintiff had fourteen (14) days from the date of that Order to respond. (Id.) As of the date of this Order, Plaintiff has not responded to the show cause order and has not otherwise demonstrated that he has effected service on Defendants.

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint, (Dkt. 1), is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 3rd day of May, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party