UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW COX,

    Plaintiff,

v.                                                         Case No: 8:17-cv-3108-T-35JSS

INCARCERATED ENTERTAINMENT,
LLC, WARNER BROS. PICTURES, a
division of WB Studio Enterprises, Inc.,
EFRAIM DIVEROLI, and ROSS
REBACK, as the Estate of,

    Defendants.

## ORDER

This CAUSE comes before the Court upon Plaintiff's Response to Show Cause Order, (Dkt. 11), and Plaintiff's Notice of Timely Filing, (Dkt. 13).

On May 3, 2018, this Court dismissed without prejudice Plaintiff's Complaint for failing to timely respond to the Court's Show Cause Order and failing to otherwise demonstrate that he has effected service on Defendants. (Dkt. 9)

In Plaintiff's untimely response, he states that his brother "has retained a process service to formally serve the summons and complaint." (Dkt. 11) As of the date of this Order, Plaintiff has not demonstrated that he has effected service on Defendants. Thus, Plaintiff has not shown just cause as to why the case should not be dismissed.

Accordingly, it is hereby **ORDERED** that Plaintiff's Response to Show Cause Order, (Dkt. 11), and Plaintiff's Notice of Timely Filing, (Dkt. 13) are **STRICKEN**. This matter remains **CLOSED**.

**DONE and ORDERED** at Tampa, Florida this 16th day of May, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party